■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACY THOMPSON, Appellant.—Appeal by the defendant from

a judgment of the County Court, Nassau County (Collins, J.), rendered February 14, 1983, convicting him of murder in the second degree and robbery in the first degree (two counts), upon a jury verdict, and imposing sentence.

Judgment affirmed.

Under the circumstances herein, we find that the trial court's prospective preclusion of the testimony of certain defense witnesses constituted harmless error *(see, People v Daly,* 98 AD2d 803, *affd* 64 NY2d 970).

The defendant's other contentions are either without merit or unpreserved for our review. Bracken, J. P., Lawrence, Eiber and Kooper, JJ., concur.